In the Matter of the Application of MARION T. ECKSTROM, Petitioner, Respondent, for the Care, Custody and Control of SUSAN ECKSTROM, Sometimes Known as BETTY RUTH ECKSTROM, an Infant. ADOLPH G. ECKSTROM, Appellant. In the Matter of the Application of Petitioner for an Order Declaring no Longer Operative Certain Provisions of the Final Order of September 25, 1939, and the Order of January 15, 1941, in This Proceeding and Cancelling the Bond Filed Herein.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

CLAIRBELLE LAND CO., INC., Plaintiff, v. 143 OPERATING CORPORATION and Others, Defendants. CLAIRBELLE LAND CO., INC., Plaintiff, Respondent, v. E. R. B. HOLDING CORPORATION and EDWIN R. BERGER, Defendants, Appellants, and ARTHUR J. O'LEARY and EDWARD B. WOLCHOK, Receivers, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements to the plaintiff, respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

CHARLES P. COCHRANE CO., Respondent, v. DANIEL JONES, INC., Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THERESA BAUML DREYFUSS, Appellant, v. RALPH MAURICE DREYFUSS and ALYCE WEIGERT, Respondents.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MEAD JOHNSON & COMPANY, Respondent, v. SOLOMON EISENBERG and ISIDORE EISENBERG, Individually and as Copartners, etc., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MOSES MILLER, Respondent, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, without prejudice to a motion to take the deposition on appropriate interrogatories. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

HARRY WAGNER, Respondent, Appellant, v. GRAND MACHINERY EXCHANGE, INC., Appellant, Respondent, Impleaded with Others, Defendants.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MICHAEL MOSES, Respondent, v. REBECCA RICHMAN, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

BROOKLYN TRUST COMPANY, Respondent, Appellant, v. TWELVE HUNDRED MADISON AVENUE CORPORATION, Defendant, Impleaded with MORRIS GOLDE and LOUIS GOLDE, Copartners Doing Business under the Firm Name and Style of S. GOLDE & SONS, and Others, Appellants, Respondents.— Order, so far as appealed from, unanimously modified by granting plaintiff's motion to modify the demand for a bill of particulars by eliminating therefrom the following items: 1 (a), 2 (a), 2 (e), 5, 7 (c), 8, 9 (c), 12 (a), 12 (c), 12 (d), 12 (f to l), 13 (b) and 13 (c), and as